IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KIMBERLY J. EDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10-CV-493 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On April 15, 2013, the United States Magistrate Judge's Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636. Defendant filed a response.

The Court has reviewed the parties' submissions de novo. The United States Magistrate Judge's recommendation is affirmed and adopted.

Plaintiff's motion for summary judgment (Docket Entry 9) is DENIED, Defendant's motion for judgment on the pleadings (Docket Entry 11) is GRANTED and the final decision of the Commissioner is upheld.

This the 30th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE